## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**JAMYLA A. BREWTON**                           *

  *Plaintiff,*                                   *

**v.**                                          *  **Civ. Action No.: 1:16-cv-3589**

**PROTAS, SPIVOK & COLLINS,**                   *
**LLC, et al.**
             *

  *Defendants*

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

## NOTICE OF VOLUNTARY DISMISSAL

   Plaintiff, by her undersigned counsel, voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated:  May 1, 2017    Respectfully Submitted,


          */s/ Steven B. Isbister*
          Steven B. Isbister, No. 14123
          LAW OFFICES OF E. DAVID HOSKINS, LLC
          16 E. Lombard Street, Ste. 400
          Baltimore, Maryland 21202
          (410) 662-6500 (Tel.)
          (410) 662-7800 (Fax)
          stevenisbister@hoskinslaw.com