IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMYLA A. BREWTON | * | |
| Plaintiff, | * | |
| v. | * | Civ. Action No.: 1:16-cv-3589 |
| PROTAS, SPIVOK & COLLINS, LLC, et al. | * | |
| | * | |
| Defendants | | |

* * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by her undersigned counsel, voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated: May 1, 2017                                         Respectfully Submitted,

/s/ Steven B. Isbister
Steven B. Isbister, No. 14123
LAW OFFICES OF E. DAVID HOSKINS, LLC
16 E. Lombard Street, Ste. 400
Baltimore, Maryland 21202
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
stevenisbister@hoskinslaw.com

APPROVED THIS 1st DAY OF May 2017

GEORGE L. RUSSELL, III, U.S.D.J.

1